UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TRAVIS O'DELL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Nos.: 3:14-CR-91-PLR-HBG-1 |
| | ) 3:16-CV-303-PLR |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ORDER

On October 20, 2016, this Court entered an order staying proceedings in this case upon petitioner's motion to vacate, set aside, or correct sentence based on *Johnson v. United States*, 135 S. Ct. 2551 (2015), pending the issuance of an en banc decision by the United States Court of Appeals for the Sixth Circuit in *United States v. Stitt*, 646 F. App'x 454 (6th Cir. 2016). [Doc. 37]. On June 27, 2017, the Sixth Circuit Court of Appeals issued its en banc decision holding that a conviction of aggravated burglary under Tennessee law does not qualify as a violent felony predicate offense under the Armed Career Criminal Act, 18 U.S.C. §924(e). *United States v. Stitt*, No. 14-6158, 2017 WL 2766326 (6th Cir. June 27, 2017).

In light of the foregoing appellate decision, it is **ORDERED** that the previously entered stay be and hereby is lifted and the Clerk of Court is **DIRECTED** to return this matter to the active docket. Pursuant to this Court's prior order directing the parties to file a joint status report within thirty days of the issuance of the *Stitt* decision, it further is **ORDERED** that the parties shall file a joint status report no later than **August 1, 2017**.

_/s/ Pamela L. Reeves_
UNITED STATES DISTRICT JUDGE